IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00039-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY JACKSON, | |
| Defendant. | |

This matter comes before the court on the Defendant's motion to reconsider. DE 78. The Defendant asks the court to reconsider its previous December 23, 2024, order, DE 74, granting the Defendant's motion to reduce his sentence, DE 68, and reducing the Defendant's sentence from 84 to 80 months. However, the Fourth Circuit has ruled:

> When the Sentencing Commission reduces the Guidelines range applicable to a prisoner's sentence, the prisoner has an opportunity pursuant to § 3582(c)(2) to persuade the district court to modify his sentence. If the result does not satisfy him, he may timely appeal it. But he may not, almost eight months later, ask the district court to reconsider its decision.

*United States v. Goodwyn*, 596 F.3d 233, 236 (4th Cir. 2010). This court is bound by *Goodwyn* and, thus, the Defendant's motion is DENIED.

SO ORDERED this 29th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE